QUARLES & BRADY LLP
1 Church Ave., #1700
Tucson, AZ 85701
Telephone: 520-770-8700

Michael J. Curley (Bar No. 25972)
michael.curley@quarles.com

Michael T. Piery (*pro hac vice forthcoming*)
michael.piery@quarles.com

*Attorneys for Plaintiff Tiny Twinkle, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TINY TWINKLE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TARGET BRANDS, INC.; and <br><br> HAPPY ARTS & CRAFTS CO., LTD. <br><br> Defendants. | Case No. <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **JURY TRIAL DEMANDED** |

# COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Tiny Twinkle, Inc. ("Tiny Twinkle"), by and through undersigned counsel, brings this action for patent infringement against Defendants Target Brands, Inc. ("Target") and Happy Arts & Crafts (Ningbo) Co., Ltd. ("Happy Arts") (each separately a "Defendant" and collectively the "Defendants"), and by and for its Complaint, alleges as follows:

## NATURE OF THE ACTION

1. This is an action for a design patent infringement seeking to remedy Defendants ongoing disregard for Tiny Twinkle's intellectual property rights through the manufacture, use, sale, offer for sale and importation of the "Short Sleeve Bib – Floral – Cloud Island$^{TM}$" ("Floral Ruffle Bib") within the United States, which infringes Tiny Twinkle's design patent. Defendants infringing activity has continued even after Tiny Twinkle provided notice to Target and Happy Arts of Tiny Twinkle's U.S. Patent No. D923,919 ("the '919 Patent"). This action seeks a permanent injunction and the recovery of monetary damages stemming from Defendants infringement of the '919 Patent.

## PARTIES

2. Plaintiff, Tiny Twinkle, Inc., is a pioneering baby-products company, which prides itself on creating safe, high-quality products for babies, children, and parents.

3. Tiny Twinkle is a Delaware corporation with its principal place of business at 2303 N. 44th Street, Suite 14-1067, Phoenix AZ 85008.

4. Defendant, Target Brands, Inc., is a Minnesota corporation with its principal place of business at 1000 Nicollet Mall, Minneapolis, Minnesota, 55403.

5. Defendant, Happy Arts & Crafts (Ningbo) Co., Ltd., is a Chinese corporation with its principal place of business at 35# Fengyang Second Rd., Dagang Industrial City, Beilun, Ningbo, China.

**JURISDICTION AND VENUE**

6. This is an action for patent infringement under the patent law of the United States, namely, 35 U.S.C. §§ 101 et seq. This Court has original subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7. This Court has general personal jurisdiction over Target because of Target's continuous and systematic affiliation with the State. Target opened its first store in Arizona in 1982. For the past 43 years Target has continued to operate and open stores across the State. Presently, Target operates roughly 46 stores in the state of Arizona.

8. This Court has specific personal jurisdiction over Target because Target conducts business in the State of Arizona and thus has numerous and substantial contacts with the State of Arizona. Target has committed acts of infringement in Arizona at least through its sales of the Floral Ruffle Bib.

9. This Court has personal jurisdiction over Happy Arts because, upon information and belief, it has committed acts of patent infringement in the District of Arizona. Upon information and belief, Happy Arts has substantial and continuous contacts with the State of Arizona, it has purposefully availed itself of the privilege of doing business in the State of Arizona, and has purposefully directed its infringing activities at the State of Arizona. Further, Happy Arts has purposefully directed its infringing products into the stream of commerce, knowing that the infringing products would be sold in Arizona, and the infringing products have in fact been sold in Arizona.

10. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b) with respect to Target because it has a regular and established place of business in this District and has committed acts of infringement in this District.

11. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 with respect to Happy Arts because Happy Arts is a foreign company and may be sued in any

COMPLAINT FOR PATENT INFRINGEMENT - 2

QUARLES & BRADY LLP
Attorneys at Law
1 Church Ave. #1700
Tucson, Arizona 85701
520-770-8700

judicial district. *Brunette Mach. Works, Ltd. v. Kockum Indus., Inc.*, 406 U.S. 706, 712–713 (1972).

## FACTS AND BACKGROUND

12. Tiny Twinkle is a baby products company, founded in Arizona by a team with over thirty years of experience in the baby products industry.

13. Tiny Twinkle focuses on producing high quality products with materials that would withstand the wear and tear of babies and toddlers. Over the years, Tiny Twinkle has become known for its Kaffle® fabric and other high-quality products and materials.

14. As a company bringing innovative and high-quality baby products to the market, Tiny Twinkle seeks protection for its contributions in the field of baby products. The '919 Patent is just one example of how Tiny Twinkle protects its investment in innovation.

15. Tiny Twinkle is the owner by assignment of the entire right, title, and interest in the '919 Patent. A true and correct copy of the '919 Patent is attached hereto as Exhibit A.

16. Target is one of the largest discount retailers in the United States, operating large-scale food and general-merchandise discount stores across the country.

17. Happy Arts is a subsidiary of and the design, manufacturing, and distribution arm of HaPe Holding AG of Lucerne Switzerland. Happy Arts produces a variety of children's products including wooden toys, games, and outdoor items ("Happy Arts Goods").

18. Upon information and belief, Happy Arts entered a distribution agreement with Target for the marketing and sale of Happy Arts Goods, including the Floral Ruffle Bib.

19. After the priority date of the '919 Patent, Defendants' began to manufacture, use, sell, offer for sale and import the Floral Ruffle Bib that infringes the sole claim of the

COMPLAINT FOR PATENT INFRINGEMENT - 3

QUARLES & BRADY LLP
Attorneys at Law
1 Church Ave. #1700
Tucson, Arizona 85701
520-770-8700

'919 Patent. *See* Exhibit B. As shown below, the overall visual appearance of Floral Ruffle Bib is substantially similar to the claimed design in the '919 Patent.

| *FIG. 1 of the '919 Patent* | *Perspective View – Target's Floral Ruffle Bib* |
|---|---|
|  |  |
|  |  |

COMPLAINT FOR PATENT INFRINGEMENT - 4

QUARLES & BRADY LLP
Attorneys at Law
1 Church Ave. #1700
Tucson, Arizona 85701
520-770-8700

| FIG. 2 of the '919 Patent | Rear View – Target's Floral Ruffle Bib |
|---|---|
| | |
| FIG. 3 of the '919 Patent | Front View – Target's Floral Ruffle Bib |
| | |
| FIG. 4 of the '919 Patent | Back View – Target's Floral Ruffle Bib |

COMPLAINT FOR PATENT INFRINGEMENT - 5

Case 2:25-cv-02860-DGC    Document 1    Filed 08/08/25    Page 7 of 11



COMPLAINT FOR PATENT INFRINGEMENT - 6

QUARLES & BRADY LLP
Attorneys at Law
1 Church Ave. #1700
Tucson, Arizona 85701
520-770-8700

| | |
|---|---|
| *FIG. 7 of the '919 Patent* | *Top View – Target's Floral Ruffle Bib* |
| *FIG. 8 of the '919 Patent* | *Bottom View – Target's Floral Ruffle Bib* |

20. Defendants became aware of their infringement of the '919 Patent at least as early as September 23, 2024 when counsel for Plaintiff sent a cease and desist letter to Target in which it accused Target of infringing the '919 Patent and demanding that it cease its infringing activities. Despite knowledge of their infringement, Defendants have not ceased their infringing activities.

21. Defendants' infringement of the '919 Patent is willful, deliberate, and intentional and will continue to irreparably harm Tiny Twinkle unless enjoined by this Court.

## CAUSES OF ACTION

### COUNT I:

### Design Patent Infringement of U.S. Patent No. D923,919

22. Tiny Twinkle incorporates by reference the allegations contained in the preceding paragraphs as if separately repeated here.

23. Under 35 U.S.C. § 271(a), Defendants have infringed and continue to

COMPLAINT FOR PATENT INFRINGEMENT - 7

QUARLES & BRADY LLP
Attorneys at Law
1 Church Ave. #1700
Tucson, Arizona 85701
520-770-8700

infringe, literally or under the doctrine of equivalents, Tiny Twinkle's '919 Patent by manufacturing, using, selling, and offering for sale in the United States, or importing into the United States, the Floral Ruffle Bib that embodies the design covered by the '919 Patent.

24. Under 35 U.S.C. § 271(a), Defendants have infringed and continue to infringe, Tiny Twinkle's '919 Patent by contributing to and/or actively inducing the infringement by other of the '919 Patent by manufacturing, using, selling, and offering for sale in the United States, or importing into the United States, the Floral Ruffle Bib that embodies the design covered by the '919 Patent.

25. Defendants have profited from their sales of the Floral Ruffle Bib.

26. Defendants have profited from their infringement of the '919 Patent.

27. Tiny Twinkle has sustained damages as a direct and proximate result of Defendants' infringement of the '919 Patent and is entitled to damages pursuant to 35 U.S.C. §§ 284 and 289.

28. Defendants' infringement of the '919 Patent constitutes willful infringement and entitles Plaintiff to an award of enhanced damages and attorneys' fees pursuant to 35 U.S.C. § 285.

29. Defendants' infringement has caused, and unless enjoined by this Court under 35 U.S.C. § 283, will continue to cause Tiny Twinkle to suffer irreparable harm for which it cannot be adequately compensated by a monetary award.

## PRAYER FOR RELIEF

**WHEREFORE**, Tiny Twinkle seeks the following relief:

A. An entry of judgment in Tiny Twinkle's favor and against Defendants on all Counts of this Complaint;

B. An order enjoining, temporarily, preliminarily, and permanently, Defendants and each of their respective officers, agents, servants, employees, and attorneys, and all of

COMPLAINT FOR PATENT INFRINGEMENT - 8

QUARLES & BRADY LLP
Attorneys at Law
1 Church Ave. #1700
Tucson, Arizona 85701
520-770-8700

those persons in active concert or participation with it, from infringing the '919 Patent;

     C.    An award of damages adequate to compensate Tiny Twinkle for the patent infringement that has occurred pursuant to 35 U.S.C. §§ 284 and 289, together with prejudgment interest and costs, treble damages for Defendants willful infringement, and reasonable attorneys' fees, pursuant to 35 U.S.C §§ 284 and 285;

     D.    An order declaring this an exceptional case and awarding Tiny Twinkle its attorneys' fees and costs in accordance with 35 U.S.C. § 285; and

     E.    Such other relief as the Court may deem just and proper.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Tiny Twinkle demands a trial by jury on all issues properly tried to a jury.

COMPLAINT FOR PATENT INFRINGEMENT - 9

QUARLES & BRADY LLP
Attorneys at Law
1 Church Ave. #1700
Tucson, Arizona 85701
520-770-8700

| | | |
|---|---|---|
| 1 | Dated: August 8, 2025 | QUARLES & BRADY LLP |
| 2 | | |
| 3 | | By: /s/ *Michael J. Curley* |
| 4 | | Michael J. Curley |
| 5 | | Michael J. Curley (Bar No. 25972)<br>QUARLES & BRADY LLP |
| 6 | | 1 Church Ave., #1700<br>Tucson, AZ 85701 |
| 7 | | michael.curley@quarles.com<br>Tel: 520-770-8700 |
| 8 | | Michael T. Piery (*pro hac vice* forthcoming) |
| 9 | | QUARLES & BRADY LLP<br>411 East Wisconsin Ave., Suite 1400 |
| 10 | | Milwaukee, WI 53202 |
| 11 | | michael.piery@quarles.com<br>Tel: 414-277-5000 |
| 12 | | *Attorneys for Tiny Twinkle, Inc.* |

COMPLAINT FOR PATENT INFRINGEMENT - 10