Rusing Lopez Lizardi & Saffer, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
pwaterkotte@rllsaz.com
zkotzambasis@rllsaz.com

Patricia V. Waterkotte
State Bar No. 029231
Zoey Kotzambasis
State Bar No. 034607

*Attorneys for Defendants Target Brands, Inc.*

# UNITED STATES OF AMERICA DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Tiny Twinkle, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Target Brands, Inc.; and Happy Arts & Crafts Co., Ltd., <br><br> Defendants. | NO. 2:25-cv-02860-DGC <br><br> **NOTICE OF NO CHANGES REGARDING PATENT** <br><br> (Assigned to Hon. David G. Campbell) |

Pursuant to the Court's January 16, 2026 Order (Doc. 15), Defendant Target Brands, Inc. hereby gives notice that there are no changes to the patent information previously submitted for this case (Doc. 3).

DATED this 20th of January, 2026.

RUSING LOPEZ LIZARDI & SAFFER, P.L.L.C.

*/s/ Patricia V. Waterkotte*
Patricia V. Waterkotte
Zoey Kotzambasis
*Attorneys for Defendant Target Brands, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with this Court using the Court's electronic filing system on January 20, 2026, thereby sending notice of the filing to the following counsel of record:

QUARLES & BRADY LLP
Michael J. Curley
Michael T. Piery
1 Church Avenue, #1700
Tucson, AZ 85701
michael.curley@quarles.com
michael.piery@quarles.com

By      */s/ J. Harris*